# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**RECEIVED**

JUL 2 3 2001

JURY DEMAND

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Hajar L. Abdul Malik

Plaintiff(s)

v

Oakton Community College
 Connie Negron, Financial Aid Advisor
Northeastern Illinois University
 Russell Zanca, Ph.D.

Defendant(s)

Case No. **01C 5694**

**JUDGE NORGLE**

MAGISTRATE JUDGE ASHMAN

## COMPLAINT

**DOCKETED**

JUL 2 5 2001

1. Oakton Community College being totally prejudice during the three semesters that I attended the Skokie Campus, which was more close to my home. I never had a pleasant semester at the Oakton Community College due to their very, very negative environment for a Black person as myself to be welcome there. They made every day, week and month a living HELL for me and refuse to give me a book voucher in my first semester Summer, 2000, stating no Voucher during the Summer Semester; that would have been okay with me if they would have offer other alternative. This was done to me every semester with all the along with getting my financial aid two days before the Summer 2000 term was finish.

2. Oakton Community College making me bring in all types of extra documents to approve my income, with it was stated very clearly on all the documents I presented to the Financial Aid Office. Then after all the extra unnecessary work for me to do making another trip back home when information could have been given to me during my telephone calls to the Financial Aid Department.

<u>JURY DEMAND</u>

2. Hajar L. Abdul Malik Vs. Oakton Community College and Northeastern Ill. University

3. Oakton Community College deleting my registration out of the database, causing me to register again with a late fee and of course, too late for a book voucher again and all other financial aid is gone.

4. Oakton Community College having all my instructors exclude me from their classes as if I had never registered or attend Oakton Community College, Skokie Campus during the Spring, 2001 Term.

5. Oakton Community College changing and making it appear that I wasn't keeping a "C'" or 2.0 Grade Point Average to make me not entitled to Federal and State Financial Aid.

6. Oakton Community College retaliating with me in conjunction with their Partnership school Northeastern Illinois University.

7. Northeastern Illinois University not allowing me to take my final exam in Cultural Anthoropology all turn me homework assignments; Russell Zanca, Ph.D. This was Summer, 1999.

8. Northeastern Illinois University Professor in French not allowing me to change from a earlier class time to a later in the morning, due to the distance and other reasons; when I had requested it within the first few days of the Fall, 1999 Term; also teaching too advance when it was suppose to be an Introductory French, with advance students enroll with two or three years of high school French or college level from another university.

Hajar L. Abdul Malik
Signature

P.O. Box 1896
Street Address

Evanston, IL 60204
City    State   Zip