mR

Motion for judgment nowithstanding Verdict

Huff v. Thornton, 287 N.C 1, 213 SE2d, 198, 204

1. Malik v. CTA, Robert C. Hayes, et al. Court No. ~~210~~ 2010 CV 3816

2. Malik v. Coldwell Banker Residential, et al. 08-cv-00318

3. Malik v. Oakton Comm. Coll. et al 01 C 5694

I, Hajar Malik, Affirm on September 25, 2025

1. Hajar Malik

2. Hajar Malik

3. Hajar, Malik

FILED

OCT 06 2025 mm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hajar Malik aka Judy Malik
P.O. Box 1896
Evanston, IL 60204



CHICAGO TRANSIT AUTHORITY

567 West Lake Street
Chicago, Illinois 60661-1498
TEL 312 664-7200
www.transitchicago.com

May 6, 2011

Judge Marvin E. Aspen
Everett McKinley Dirkson United States Courthouse
219 S. Dearborn Street, 20th Floor
Chambers 2578

Via: Hand Delivery

Reference: Hajar Malik aka Judy Malik
Court No. 2010 cv 3816
CTA File No. 5568-80

Dear Judge Aspen:

Enclosed please find Courtesy Copies of the following documents:

1. Defendant CTA's Notice of Motion
2. Defendant CTA's Motion to Dismiss, with Exhibits A thru E

**This matter is set for hearing before you on May 17, 2011 at 10:30 a.m. in Room 2568.**

Very truly yours,

Kevin C. Rakers
Deputy General Counsel
Chicago Transit Authority
567 W. Lake St., 6th Floor
Chicago, IL 60661-1498
312/681-3141

Cc: Hajar Malik aka Judy Malik
621 Hull Terrace #2E
Evanston, Illinois 60202

NO. 94-0597

IN THE
APPELLATE COURT OF ILLINOIS
FIRST DISTRICT DIVISION

| | |
|---|---|
| HARJAR MALIK a/k/a JUDY ALAM, Personal Representative of the Estate of CLEO ABDULLAH,<br><br>Plaintiff-Appellants,<br><br>vs.<br><br>CHICAGO TRANSIT AUTHORITY, a Municipal Corporation, and ROBERT C. HAYES,<br><br>Defendants-Appellees. | Appeal from the Circuit Court of Cook County, Municipal Department, First District.<br><br>Honorable Lester A. Bonagoro Judge Presiding |

ORDER

This matter coming on to be heard on the CTA's motion to dismiss appeal, with due notice being given to all parties and, with the Appellate Court being fully advised in the premises:

It is Ordered:

1. That the CTA's and Robert C. Hayes' motion is granted.

2. That the Malik appeal is dismissed

P. Scott Neville, Jr.
Atty. #25848
180 West Washington, Ste. 800
Chicago, Illinois 60602
(312) 372-8105

JUSTICE

JUSTICE

JUSTICE

ORDER ENTERED

OCT 2 6

RECEIVED
MAR 13 1997
OFFICE OF THE CLERK
SUPREME COURT, U.S.

EX A

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Judy Malik

Plaintiff,

v.

Case No.: 1:08–cv–00318
Honorable Wayne R. Andersen

Coldwell Banker Residential, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 23, 2009:

MINUTE entry before the Honorable Wayne R. Andersen:This case is hereby dismissed for failure to serve the complaint within 120 days pursuant to FRCP 4(m). Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 5694 | DATE | 6/20/2002 |
| CASE TITLE | Malik vs. Oakton Comm. Coll., et al | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Before the court is Plaintiff's pleading styled as "Motion for Pleadings on Judgment." In substance, the motion seeks leave to file certain materials, and that aspect of the motion is granted. To the extent that Plaintiff is seeking judgment in her favor, the motion is denied. For the reasons stated on the reverse side, on its own motion and after notice to Plaintiff, the court dismisses the suit without prejudice pursuant to Federal Rule of Civil Procedure 4(m). See reverse.

Charles R Norgle Sr.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | date docketed | |
| | Notices mailed by judge's staff. | | docketing deputy initials | |
| | Notified counsel by telephone. | | date mailed notice | |
| ✓ | Docketing to mail notices. | | mailing deputy initials | |
| ✓ | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| | courtroom deputy's initials | Date/time received in central Clerk's Office | | |

H. Malik
P.O. Box 1896
Evanston, IL 60204
















United States District Northern
District of Illinois
20th Floor
219 S. Dearborn Street
Chicago, Illinois 60601

RECEIVED
OCT 06 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT